B250a
(7/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                    Bankruptcy No. 14-19418ELF
    Stephen Christoph
        Debtor

Stephen Christoph
        Plaintiff                                          Adversary No. 15-00051
    vs.
Sun Trust Bank, Inc., JPMorgan
Chase Bank, NA, PNC Financial
Services Group, Inc. & Department of
Education
        Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. Answer is due **03/19/2015**.

    Address of Clerk                                    U.S. Bankruptcy Court
        Robert N.C. Nix Building
        900 Market Street, Suite 400
        Philadelphia PA  19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney          Brad J. Sadek
        1315 Walnut Street
        Suite 502
        Philadelphia, PA 19107

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                FOR THE COURT

                TIMOTHY B. MCGRATH
                CLERK


February 17, 2015

                By: s/ Antoinette Stevenson
                Deputy Clerk

Bankruptcy No. 14-19418ELF    Adversary No. 15-00051

### CERTIFICATE OF SERVICE

I, Karen M Lyman, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 2/18/15 (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

PNC Financial Services Group, Inc.
c/o William S. Demchak, Chairman, President & CEO
249 Fifth Avenue, One PNC Plaza
Pittsburgh, PA 15222

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows: [Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of Pennsylvania (name of state) as follows: [Describe briefly] Certified Mail, Return Receipt

Under penalty of perjury, I declare that the foregoing is true and correct.

2/18/15                              Karen M. Lyman
Date                                 Signature

Print Name         Karen M. Lyman
Business Address   1315 Walnut St, Ste 502
City, State, Zip   Philadelphia, PA 19107

Bankruptcy No. 14-19418ELF    Adversary No. 15-00051

## CERTIFICATE OF SERVICE

I, Karen M Lyman, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 2/18/15 (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

Suntrust Bank, Inc.
William H. Rogers, CEO
303 Peachtree St NE, 30th Fl
Atlanta, GA 30308

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of Pennsylvania (name of state) as follows: [Describe briefly] Certified Mail, Return Receipt

Under penalty of perjury, I declare that the foregoing is true and correct.

2/18/15                    Karen M. Lyman
Date                       Signature

Print Name        Karen M. Lyman
Business Address  1315 Walnut St., Ste. 502
City, State, Zip  Philadelphia, PA 19107

Bankruptcy No. 14-19418ELF    Adversary No. 15-00051

### CERTIFICATE OF SERVICE

I, Karen M. Lyman, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 2/18/15 (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

JPMorgan Chase & Co
Attn: Jamie Dimon, CEO
Office of the Secretary
270 Park Ave., 38th Floor
NY, NY 10017

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


( ) Residence Service: By leaving the process with the following adult at:


( ) Publication: The defendant was served as follows:[Describe briefly]


( ) State Law: The Defendant was served pursuant to the laws of the State of Pennsylvania (name of state) as follows: [Describe briefly] Certified Mail, Return Receipt

Under penalty of perjury, I declare that the foregoing is true and correct.

2/18/15                              Karen M. Lyman
Date                                 Signature

Print Name         Karen M. Lyman
Business Address   1315 Walnut St. Ste 502
City, State, Zip   Philadelphia, PA 19107

Bankruptcy No. 14-19418ELF        Adversary No. 15-00051

## CERTIFICATE OF SERVICE

I, Karen M. Lyman, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 2/18/15 (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:
Department of Education
400 Maryland Avenue Southwest
Washington, DC 20202

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of Pennsylvania (name of state) as follows: [Describe briefly] Certified Mail, Return Receipt

Under penalty of perjury, I declare that the foregoing is true and correct.

2/18/15                            Karen M. Lyman
Date                               Signature

Print Name        Karen M. Lyman
Business Address  1315 Walnut St., Ste 502
City, State, Zip  Philadelphia, PA 19107